UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

GARY E. MANUEL,              )
                                        )
            Plaintiff,       )
                                          )
     v.                   )      Civil no. 1:18-cv-00300-LEW
                                          )
                                          )
STATE OF MAINE, et al.,     )
                                        )
           Defendants.   )

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision on Defendants' Motion to Dismiss filed November 2, 2018, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the State's Motion to Dismiss (ECF No. 5) and the Bangor Defendants' Motion to Dismiss (ECF No. 6) are GRANTED.

SO ORDERED.

                                    /s/Lance E. Walker
                                    LANCE E. WALKER
                                    U.S. DISTRICT JUDGE

Dated this 27th day of November, 2018.